# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

MATTHEW CHARLTON,

          Respondent

          v.

PMA INSURANCE GROUP AND
MYLENE ZIMMERMAN,

          Petitioners

: No. 54 EAL 2016
:
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 28th day of June, 2016, the Petition for Allowance of Appeal is **DENIED**.

    Justice Wecht did not participate in the consideration or decision of this matter.